UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  **Case No: 6:25-cr-35-CEM-NWH**

**JAMES HJELMELAND**

AUSA: Noah Dorman

Defense Attorney: Katherine Puzone, FPD

| JUDGE: | **CARLOS E. MENDOZA**<br>United States District Judge | DATE AND TIME: | **October 1, 2025**<br>8:59 A.M. – 9:04 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Suzanne Trimble<br>trimblecourtreporter@outlook.com |
| INTERPRETER: | N/A | PRETRIAL/PROB: | No Appearance |
| TOTAL TIME | 5 Minutes | | |

**CLERK'S MINUTES**
**MOTION HEARING RE: DEFENDANT'S MOTION TO CONTINUE (DOC. 44)**

Case called. Appearances made by counsel. Defendant present.

Defendant's Unopposed Motion to Continue Change of Plea Hearing (Doc. 44) is GRANTED.

After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today 10/1/2025 until and including 11/30/2025, shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Status Conference set for October 14, 2025 at 9:30am.

Court inquired with defendant and advised of rights.

Court is adjourned.