UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.              CASE NUMBER: 6:25-cr-35-CEM-NWH

JAMES HJELMELAND,

    Defendant.
_____/

## NOTICE OF APPEARANCE AS COUNSEL

**COMES NOW**, David Haas of Haas Law, PLLC and files this Notice of Appearance as counsel on behalf of the Defendant JAMES HJELMELAND in the above-styled cause of action.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 10th day of October, 2025, I electronically filed the foregoing, with the Clerk of the Court, by using the CM/ECF system, which will send a Notice of Electronic Filing to the parties of record.

/s/*David Haas*
DAVID HAAS
Florida Bar Number 0494674
Attorney for the Defendant
Haas Law, PLLC
201 S. Orange Avenue, Suite 1017
Orlando, Florida 32801
Telephone: (407) 755-7675
Facsimile: (321) 766-6027
E-mail: david@HaasLawPLLC.com