UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  **Case No: 6:25-cr-35-CEM-UAM**

**JAMES HJELMELAND**

AUSAs: Noah Dorman

Defense Attorney: David Haas, Retained

| JUDGE: | **CARLOS E. MENDOZA** United States District Judge | DATE AND TIME: | **October 14, 2025** 9:44 A.M. – 9:46 A.M. 9:57 A.M. – 9:58 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Suzanne Trimble trimblecourtreporter@gmail.com |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |
| TOTAL TIME | 3 Minutes | | |

**CLERK'S MINUTES
STATUS CONFERENCE**

Case called. Appearances made by counsel.

Defendant's Ore Tenus Motion to Continue Trial is **GRANTED,** with no objection from the Government.

After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today 10/14/2025 until and including 12/31/2025, shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Status Conference set for November 20, 2025 at 9:30 AM.

Jury Trial set for December 2025 trial term.

Court is adjourned.