UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No: 6:25-cr-35-CEM-NWH

JAMES HJELMELAND

AUSA: Patrick Flanigan for Noah Dorman

Defense Attorney: David Haas, Retained

| JUDGE: | **CARLOS E. MENDOZA** United States District Judge | DATE AND TIME: | **November 25, 2025** 2:36 P.M. – 2:53 P.M. |
|---|---|---|---|
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Suzanne Trimble trimblecourtreporter@gmail.com |
| INTERPRETER: | N/A | PRETRIAL/PROB: | No Appearance |
| TOTAL TIME | 17 Minutes | | |

# CLERK'S MINUTES
## CHANGE OF PLEA

Case called.  Appearances made by counsel.  Defendant placed under oath.

Court inquired with defendant and advised of rights.

Defendant proffered a plea of guilty to Counts One, Two, Three, Four, and Five of the Indictment. The Court accepts the plea and defendant is adjudicated guilty.  Defendant remains in custody pending sentencing.

Sentencing set for February 25, 2026 at 10:00 A.M.

Court is adjourned.