UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                                    Case No: 6:25-cr-35-CEM-NWH

**JAMES HJELMELAND**

        **Defendant.**
_____/

**PRELIMINARY ORDER OF FORFEITURE**

    THIS CAUSE is before the Court upon the filing of the United States' Motion for Preliminary Order of Forfeiture ("Motion," Doc. 59), filed pursuant to 18 U.S.C. §§ 2253 and 2428, and Federal Rule of Criminal Procedure 32.2(b)(2) for **a Samsung Galaxy S24.**

    The Court finds that the United States established the requisite nexus between the above-referenced asset and the Defendant's offenses of attempted coercion and enticement of a minor to engage in sexual activity in violation of 18 U.S.C. § 2242(b) as charged in Count One, transportation of child pornography in violation of 18 U.S.C. § 2252A(a)(1) as charged in Count Four, and possession of child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B) as charged in Count Five of the Indictment (Doc. 17).

Accordingly, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that for good cause shown, the Motion (Doc. 59) is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to 18 U.S.C. §§ 2253 and 2428, and Federal Rule of Criminal Procedure 32.2(b)(2), the above-referenced asset is hereby forfeited to the United States for disposition according to law.

It is **FURTHER ORDERED** as follows:

1. The United States will provide written notice to all third parties known to have an alleged legal interest in the asset and will publish notice on the internet at www.forfeiture.gov.

2. That any person, other than Defendant James Hjelmeland, who has or claims any right, title or interest in the asset must file a petition with this Court for a hearing to adjudicate the validity of their alleged interest in the asset. The petition should be mailed to the Clerk of the United States District Court, Orlando Division, 401 West Central Boulevard, Suite 1200, Orlando, Florida 32801-0120, within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

3. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited cell phone, the time and circumstances of the petitioner's acquisition of the right, title or interest in the asset and any

additional facts surrounding the petitioner's claim and the relief sought.

4. After receipt of the petition by the Court, the Court will set a hearing to determine the validity of the petitioner's alleged interest in the asset.

5. Upon adjudication of all third-party interests in the asset, this Court will enter a Final Order of Forfeiture in which all interests will be addressed.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Orlando, Florida, on January 22, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record