February 10, 2026

Dear Judge Mendoza

James had a rough start to life, both parents let him down in his first three-plus years. Another major upset for James was when Child and Family Services separated Katerina (his sister) from the boys. When James wanted something or help, he would run to Katerina, even though she was less than two years older than him. She was his comforter. Wayne and I (his grandparents) fought hard in court for ten straight months until we got custody of the three grandchildren. We wanted them to have a stable and loving home and finally be all together again. When James came to us from the foster home, he was a sad quiet little boy. We took all three to counselling sessions, this was set up by Child and Family Services. As we both worked to make ends meet, James went to daycare until he was old enough to go to kindergarten. James, his brother and his sister went to a small Christian school, where we knew many of the teachers. We felt more comfortable and had better communication.

James loved reading, spelling bees, and board games - especially chess. We got him involved in various activities, sports (soccer), church cadets, Boy Scouts, and air cadets. Even at a young age, James felt comfortable carrying on intelligent conversations with adults, perhaps more than his own age group, where perhaps he felt bullied.

James graduated from grade school and high school with honors. James was in his last year of high school and was very involved in his electronics courses, and was far enough ahead he helped some of his classmates and got to work on special projects.

James was never afraid to give us a good hug, even before he moved to Calgary to attend college. We went to Calgary with him, our van was full of his boxes of books. James drove his red sports car that Grandpa helped him get that summer. James always had a job at Staples. James kept in touch with us, phoning on a regular basis and keeping that going for the years that followed. He still calls us regularly - even now.

As James got his career going, he would come home once or twice a year. He would check how we were doing, tools in hand, he would help us in many ways. From electricity to Grandpa's shed, a big ramp for Grandpa and his walker to get safely into the house. He did a bathroom renovation for us, a water pump for the well, and several appliances. We never received a bill, just a smile and big hug. James invited us to his new home in Red Deer, where I, as Grandma, taught him to make apple pies. We have many happy memories of our time with James. I, Grandma, had to use a step ladder to get into his big truck.

Andrew's (his brother) tragic accident that resulted in death was very hard on James. He was very concerned for Sierra (the widow) and their kids and was willing to help out if he could.

We were totally in shock and denial when we received a phone call stating James was in a jail in Florida. We were convinced it was a scam, as we believed he was in Northern Alberta at a work camp.

We hung up and called relatives in Alberta to find out where he actually was. With heavy hearts and with our age and failing health, we fear we will never see James again, never feel his hugs again.

Sincerely, Grandma and Grandpa
Sharon and Wayne Hjelmeland

June 3, 2025

Dear Judge Mendoza,

My name is Glenda Beagle, I am a second cousin to James Hjelmeland. I am a business coach for the Travel Industry, helping travel agencies to grow their businesses.

To say writing this letter is something I never believed to be a part of my life would be a massive understatement. When James' grandparents said they were getting calls from a lawyer in Florida, I was completely and wholeheartedly convinced it was a scam and told them for two days to not answer the phone. When the mugshot photo came through, I truly believed the scam ran deep and that they'd used AI. This reality - these charges are not the James I know/knew.

James had been at our home during the holidays in 2025, as he was frequently through the years when he was off work and didn't go home to his family in Manitoba. When he would come, we would play card games or board games for hours and when the rest were tired he and I would stay up for hours more talking about life, business, marketing strategies, goals and plans for our respective businesses. We talked about the latest podcasts we each were listening too and compared notes. Talked of the latest business or money books that we had each been reading or had added to our must get list. This was the James I knew as an adult.

The James I knew as a child struggled. He was whiny, picked on, bullied by his brother and others - child that was desperate to find his own way, yet somehow never seemed to measure up to the rest. As we packed his home to sell, it I just kept asking, what more could he have done to have been seen by his family as the success he was? Why wasn't he given more credit for what he did so well? He spent his summers at my parents where my kids (who were only slightly younger) spent most of their days during summer as well. James and his siblings and cousin were all affectionately known as the "Manitoba cousins". Together, the six of them played games all summer, did chores and of course did what family does - they bickered, fought and argued, but ultimately they had the best summers of their lives together.

From my perspective James struggled through childhood. He was abandoned by his mother, taken from his father due to his father assaulting his sister (and we believe all of the children) and raised by the grandparents. I genuinely believe they wanted what was best for their grandkids - but sacrificed some of what was in their best interest to try to keep family secrets hidden and as such did not get the kids the therapy they so desperately needed and deserved. The kids all had their struggles as they grew up, but James as an adult appeared to have it all together, especially in the last 6 or 7 years. Or so I believed. I have replayed nearly every conversation of the last decade of his adult life where he would come to stay with us. Replayed every time he beamed about his success in business and the conversations where he would shut down and refuse to talk or get angry - nearly every one of those times surrounded conversations relating to his mother. His anger towards the way she would try to pretend she had not just run out on her kids decades before and now felt entirely justified in having a

relationship with her grandchildren. In this past year, he wasn't the same. From the time his brother passed in 2023, it seemed like he was slipping away into a depression. He split from his longtime girlfriend, and seemed not himself. I wish I had asked more questions.

The conversations that truly played around in my mind were the ones this past December when he came home for the holidays. He didn't stay up late like he had on so many previous trips, there were no afterhours conversations, and he seemed distant and depressed. I had assumed that he was working too many hours - as was often the case, he was definitely a workaholic. To hear that less than 48 hours after leaving my home he was conversing with an undercover (or anyone relating to this entire situation) is horrifying.

I struggle with the complexity of our emotions, we love James, yet absolutely do not condone what he has done. This is not okay at all. This is not acceptable. I also struggle knowing what his life on the inside will be like being convicted of child porn and exploitation as my husband has worked for Corrections Canada for 25 years. The system inside is not kind to those with crimes towards children (understandably so) - and I will be worried each and every day that he is there for his safety. I know there is a punishment to be served, but I know that therapy needs to be a big part of that journey to ensure it can never happen again.

Sincerely,

Glenda Beagle

December 11, 2025

Dear Judge Mendoza,

I never thought I would have to write a letter like this and especially for James. I am James Hjelmeland's great aunt. The grandmother who raised him is my sister. I live in Alberta and my sister lives 12 hours away in Manitoba. I have known James all his life. In fact, James has spent a lot of time in my home and as part of our family. He was eleven when he started coming to Alberta for summers and then settled out here as an adult. He is more of a grandson then great nephew.

James is the youngest of 3 children. He had an older brother and sister. James's mother left the family when the children were very young. James may have been 2 or so. She came from a family of physical and sexual abuse. James's father had sexual abuse in his background as well. James's father retained custody of the children. He sexually abused them and I was later told that he allowed his friends to have access to abuse the children. This ended when the playschool contacted Child Services to say they suspected abuse. The children were placed in foster homes and then their paternal grandparents were given custody. Dwayne (James's father) served a very short prison sentence. I believe he was sentenced to 4 years. Once he was out of prison, he reoffended and continued to abuse the children especially the daughter. This fact was known by the grandmother if not both Grandparents. (I was unaware of it until the children were teenagers.) Dwayne eventually moved to another city and the visitation was limited and the children were aging out. It was around this time that I became aware that Dwayne had abused his sisters with his parents' knowledge. When James's sister turned fifteen, I received physical but not legal custody of her. She lived with us until graduation and near us until she moved to another province when she was 20. While she lived with me, she received intensive counselling. I learned more about the abuse at this time. Unfortunately, both boys remained with their Grandparents and did not receive any counseling. The grandparents maintained a "do not tell" control over their daughters and grandchildren. The children had received no counselling, lived where the predator could access them (while young), and could not tell anyone. Their protectors did not protect them.

James grew up with his grandparents demonizing the mother and worshipping the father. The mother was not prepared to be a parent and had not recovered or taken counselling for her past. She did abandon them, but James's father was a predator that destroyed 2 generations of that family. James was a victim but I would not call him a survivor.

I have read the affidavit outlining James's charges. The cycle of abuse in that family needs to be broken so that the youngest generation can grow up, healthy, in an environment of love and safety. They have become my priority. I know that there is no way to make what James has done right or to even understand it. It is something beyond acceptable. We know that there must be a punishment, and one suitable to what he has done, but would like to see it tempered with professional help. We still love him.

Colleen Buskas

January 29, 2026

Dear Judge Mendoza,

This letter hasn't been easy to write and that's why I've taken so long to do it. I've never had to write a character reference before and never really thought I would be for James of all people. A year later...and the shock hasn't wore off.

James is a cousin of mine. I think of him as a brother. As kids we were not particularly close. There was five of us grandchildren, me and my older brother and then, James, and his two older siblings Katerina and Andrew.  I was close with his brother and sister.  As kids we spent a fair bit of time together around holidays and then summers as we got older. As kids we all picked on James the most, despite him not being the youngest we treated him that way. We would mostly tease and bully him with words but sometimes his siblings would often wrestle with him as well. Even adults would pick on James as he kind of was an easy target. We would bully him to tears most of the time. So often he was doing his own thing and reading books. He was always an independent and minding his own business.

Growing up, my mom was always very open and honest about everything. So I had known for many years about the family history and about James' dad. I knew why we didn't  see him for a long time. I knew why nobody wanted to be around him. I  always found it unfair that my grandparents would not respect the family members and welcome him into family events like Christmas and what not. I think it was a toxic mindset to ignore and pretend that nothing happened and everything was normal. Forcing them to have a relationship with their father that had abused them. The grandparents were never open and honest about family history with anyone. I felt my cousin's never had much of the full story for a long time.  I can't imagine how they felt growing up. Feeling betrayed both parents probably. Spending time in foster care split up. Not ever getting proper therapy as kids or teens or adults. Being able to talk about their feelings or what they saw. I don't believe James had been to therapy ever to talk about his childhood and if he remembers the abuse. The grandparents, I think, made some poor decisions in the past. I think they didn't  know what to do so it was  best to ignore what Dwayne had done and move on and try to treat everyone fairly.  I know James was always treated differently and like the baby. They always called him Jamie. As he got older he asked people to call him James, but not everyone would respect him and still referred to him as Jamie. I know it used to make him upset.

Every summer since we were preteens/ teenagers, we used to spend at our great aunt and uncles. I looked forward to going out there every year. I think James did too as he decided

he was moving out west after graduation. It was over the summers in Ferinstosh Alberta where the 4 of us grandkids spent months together. Our other cousins that lived there came over almost daily as well so there was often 3-7 of us kids all summer. We would play hide and seek or climb trees or chores on the farm. We did drop-in youth groups and other activities. But often James would ditch us and make friends with other kids. He fit in better with them I guess. He was the fastest at making friends with strangers. He seemed to be able to go anywhere and make friends. I was not that way.  As we got older and James siblings graduated it became more just me and James going for summers. Long drives to Alberta and long chats. It was then that we really got close. The older we got the closer we got. We could chat about anything and stay up and talk for hours. Chat about what he was doing and what was going on in each others lives. Even though we grew to be very close, me and James. We kept in touch when in the same province. We didn't  really text or call. Once in a rare while. It seemed to me he wasn't ever big on social media. As we grew older, we maybe didn't tease him nearly as much.  I think we all got along really well as cousins when we would get together. He still often would disappear and do his own thing and not say anything.  I think the reason he liked Alberta though was because the family was always open about talking and would listen. The adults treated us like equals. I think It was one of the best choices he made

I was so excited for him when he was buying his first house. I always say James was the most successful of the Five of us grandkids. The only one who owned his own company. Owned multiple properties. Owned a comic book shop. Flipped projects all the time. Owned his own truck. I was so proud to see all the things he did. Envious that I wasn't that smart or successful. He's only 6 months older me. Often I thought that's so cool he's doing all these things at such a young age.

I hope that he has learned a hard lesson about his choices. I hope that he stays safe and finds the help he needs.


Alisha Reykdal