UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                                    **Case No: 6:25-cr-35-CEM-NWH**

**JAMES HJELMELAND**

AUSA: Kaley Austin-Aronson

Defense Attorney: David Haas, CJA

| JUDGE: | **CARLOS E. MENDOZA**<br><br>United States District Judge | DATE AND TIME: | **March 18, 2026**<br>9:34 A.M. – 9:41 A.M.<br>9:47 A.M. – 10:07 A.M.<br>10:13 A.M. – 10:24 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Suzanne Trimble<br>trimblecourtreporter@outlook.com |
| INTERPRETER: | N/A | PRETRIAL/PROB: | Edward Modeste |
| TOTAL TIME | 38 Minutes | | |

**CLERK'S MINUTES**
**SENTENCING**

Case called.   Appearances made by counsel.   Defendant placed under oath.

Defendant is adjudged guilty as to Count One of the Indictment.

Court is in brief recess.

Court resumes.

Court is in brief recess.

Court resumes.

**IMPRISONMENT**:   210 MONTHS.   This term consists of a 150 month term to Count One and a 60 month term as to Counts Two through Five, to run concurrently with each other, but consecutive to Count One.

The Court makes the following recommendation to the Bureau of Prisons:
1.  Defendant be placed at USP Coleman for treatment services.

**SUPERVISED RELEASE**:   10 YEARS.   This term consists of a 10 year term as to Counts One through Five, all such terms to run concurrently.

The mandatory drug testing requirements are suspended.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE**:
- Mental Health Treatment
- Mental Health Treatment Specialized for Sex Offender
- Register with Sex Offender Registries
- No Direct Contact with Minors
- Media and Computer Restrictions
- No Contact With Victims Identified in Case
- Submit to Search
- Financial Restrictions
- Collection of DNA

**RESTITUTION:**   $10,500.00.
Payees: Sweet White Sugar series ($7,500.00) and Sparkling Velvet series ($3,000.00)

**FINE**:   Waived.

**FORFEITURE:**   Defendant shall forfeit to the United States those assets previously identified in the Indictment (Doc. 17) and Preliminary Order of Forfeiture (Doc. 62) that are subject to forfeiture.

**SPECIAL ASSESSMENT**:   $500.00, due immediately.

**JVTA ASSESSMENT:**   Not imposed.

**AVAA ASSESSMENT:**   Not imposed.

The defendant is remanded to the custody of the United States Marshal.

Defendant advised of right to appeal.

Court is adjourned.